IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 18 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr61 HTW-LRA

EARNESTINE BRATTON  18 U.S.C. § 1709

**The Grand Jury charges:**

## COUNT 1

On or between the dates of June 10, 2016 and June 20, 2016 in Madison County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EARNESTINE BRATTON**, being an employee of the United States Postal Service, did wrongfully remove and embezzle one letter containing an Applebee's restaurant gift card which had been entrusted to her and which had come into her possession intended to be conveyed by mail, in violation of Section 1709, Title 18, United States Code.

## COUNT 2

On or between the dates of July 7, 2016 and July 19, 2016 in Madison County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EARNESTINE BRATTON**, being an employee of the United States Postal Service, did wrongfully remove and embezzle one letter containing a Walmart gift card which had been entrusted to her and which had come into her possession intended to be conveyed

by mail, in violation of Section 1709, Title 18, United States Code.

## COUNT 3

On or between the dates of July 18, 2016 and July 25, 2016 in Madison County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EARNESTINE BRATTON**, being an employee of the United States Postal Service, did wrongfully remove and embezzle one letter containing a Walmart gift card which had been entrusted to her and which had come into her possession intended to be conveyed by mail, in violation of Section 1709, Title 18, United States Code.

## COUNT 4

On or about August 26, 2016 in Madison County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EARNESTINE BRATTON**, being an employee of the United States Postal Service, did wrongfully remove and embezzle one letter containing one hundred fifty dollars in United States currency which had been entrusted to her and which had come into her possession intended to be conveyed by mail, in violation of Section 1709, Title 18, United States Code.

HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _18th_ day of April, 2017.

UNITED STATES MAGISTRATE JUDGE